#129198  #732772

FILED
2011 JAN 13 PM 4: 13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: \* CASE # 05-38428 S
CHAPTER 13
\*
Craig, Melvin D & Cheryl R
Debtor \*

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 704460 | Toledo Edison<br>Bankruptcy Dept RM204<br>6896 Miller Rd<br>Brecksville, OH  44141 | 16.62 | 8/31/10 |

2. Your trustee's check #732772 for a total of $16.62 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 12/22/10

John P. Gustafson
Trustee in Bankruptcy